USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ira Kirschenbaum,

            Plaintiff,

    –v–

Union Central Life Insurance Company, *et al.*,

            Defendants.

20-cv-9656 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received an email from counsel for the Plaintiff asking about the initial pretrial conference that had been scheduled for this afternoon. On February 8, 2021, the Court adjourned the conference and entered the parties' proposed case management plan. *See* Dkt. No. 17. No conference is presently scheduled for this afternoon.

    SO ORDERED.

Dated: February 12, 2021
       New York, New York

                                    ALISON J. NATHAN
                                  United States District Judge