UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRA KIRSCHENBAUM,

                                   **Plaintiff,**                     20-CV-09656 (AJN)(SN)

                -against-                                    **ORDER**

UNION CENTRAL LIFE INSURANCE
COMPANY, et al.,

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On September 30, 2021, the Honorable Alison J. Nathan referred this matter to my docket for general pretrial matters.

       The parties are to follow the schedule set out in the September 30, 2021 Revised Scheduling Order. ECF No. 32. All pretrial applications, including those relating to scheduling and discovery, must comply with the Individual Practices of Judge Netburn, which are available on the Court's website https://nysd.uscourts.gov/hon-sarah-netburn.

       **Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Monday, January 10, 2022.

       **Settlement Conference**. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The parties are encouraged to contact Courtroom Deputy Rachel Slusher by email

at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference if it would be productive at this time.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED:       October 1, 2021
             New York, New York