```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRA KIRSCHENBAUM,

                     **Plaintiff,**                  20-CV-09656 (AJN)(SN)

          -against-                           **ORDER**

UNION CENTRAL LIFE INSURANCE
COMPANY, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On February 24, 2022, Defendant Ameritas Life Insurance Corp. ("Ameritas") moved to enforce a subpoena served on third party BronxCare Health System ("BronxCare"). ECF No. 36. On March 24, 2022, BronxCare opposed Ameritas's motion to compel and moved to quash or modify the subpoena. ECF No. 42. Ameritas's reply, if any, and opposition to BronxCare's motion is due no later than April 1, 2022. BronxCare's reply, if any, is due no later than April 8, 2022.

**SO ORDERED**.

                                                                        _____
                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:      March 28, 2022
                  New York, New York