UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA KIRSCHENBAUM,<br><br>        Plaintiff,<br><br>  -v-<br><br>UNION CENTRAL LIFE INSSURANCE COMPANY et al.,<br><br>        Defendants. | 20-cv-9656 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    This case was reassigned following Judge Alison J. Nathan's appointment to the U.S. Court of Appeals for the Second Circuit. The Court has reviewed the docket and noted the following firm deadlines imposed by Magistrate Judge Sarah Netburn: May 12, 2022 for all fact discovery to be completed, and June 27, 2022 for all expert discovery. See ECF 41, 32; see also ECF 52 (denying further extension).

    Any motions for summary judgment will be briefed as follows:

- Motions: due by July 11, 2022
- Answering Papers: due by July 25, 2022
- Reply papers: due by August 1, 2022

    A final pre-trial conference will be held before Judge Jed S. Rakoff in Courtroom 14B, 500 Pearl Street on August 10, 2022 at 4:00 p.m. Any motions for summary judgment shall be argued at that time. The referral to Judge Netburn remains in effect for all general pre-trial matters that arise through the close of discovery. See ECF 31.

    SO ORDERED.

New York, NY
April 13, 2022

                                                JED S. RAKOFF, U.S.D.J.