UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA KIRSCHENBAUM,<br><br>      Plaintiff,<br><br>  -v-<br><br>UNION CENTRAL LIFE INSSURANCE COMPANY et al.,<br><br>      Defendants. | 20-cv-9656 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On April 29, 2022, the Court held a telephonic status conference in the above-captioned case at which counsel for all parties were present. Counsel informed the Court that the parties had reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
April 29, 2022

                                      JED S. RAKOFF, U.S.D.J.